Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY TRANG NGUYEN, ET AL.,<br><br>Defendant. | CASE NO. 5:10-cv-05718-EJD<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE |
|---|---|

IT IS HEREBY STIPULATED by and between Plaintiff G & G CLOSED CIRCUIT EVENT, LLC and Defendant TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE, that the above-entitled defendant is hereby dismissed without prejudice against TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by May 1, 2014, the dismissal shall be deemed to be with prejudice.

///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 10/2/13

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated: 11/12/13

TERRY TRANG NGUYEN
Individually and d/b/a CAFÉ DA THAO A/K/A DA THAO CAFE

IT IS SO ORDERED:

The Honorable Edward J. Davila
United States District Court
Northern District of California

Dated: 12/13/2013

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 31, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANT TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Ms. Terry Trang Nguyen                     (Defendant, Pro Se)
888 Story Road
San Jose, CA 95122

Ms. Dian Rhao Nguyen                       (Defendant)
888 Story Road
San Jose, CA 95122

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 31, 2013, at South Pasadena, California.

Dated: October 31, 2013

VANESSA VENTURA

STIPULATION OF DISMISSAL
5:10-cv-05718-EJD
PAGE 3