1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   G & G Closed Circuit Events, LLC

7

8                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9

10 G & G CLOSED CIRCUIT EVENTS,        CASE NO. 5:10-cv-05718-EJD
   LLC,
11                                     STIPULATION OF DISMISSAL OF
                 Plaintiff,            PLAINTIFF'S COMPLAINT AGAINST
12                                     DEFENDANT TERRY TRANG NGUYEN,
         vs.                           individually and d/b/a CAFÉ DE THAO
13                                     A/K/A DA THAO CAFE
   TERRY TRANG NGUYEN, ET AL.,
14
15               Defendant.
16

17       IT IS HEREBY STIPULATED by and between Plaintiff G & G CLOSED CIRCUIT

18 EVENT, LLC and Defendant TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO

19 A/K/A DA THAO CAFE, that the above-entitled defendant is hereby dismissed without prejudice

20 against TERRY TRANG NGUYEN, individually and d/b/a CAFÉ DE THAO A/K/A DA THAO

21 CAFE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the

22 Parties.

23       IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

24 motion to reopen this action by May 1, 2014, the dismissal shall be deemed to be with prejudice.

25 ///

26 ///

27 ///

28 ///

STIPULATION OF DISMISSAL
5:10-cv-05718-EJD
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).   Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 10/3/13

LAW OFFICES OF THOMAS P. RILEY, P.C.
By:  Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated:  11/12/13

TERRY TRANG NGUYEN
Individually and d/b/a CAFÉ DA THAO A/K/A DA THAO CAFE

IT IS SO ORDERED:

The Honorable Edward J. Davila
United States District Court
Northern District of California

Dated:   12/13/2013

STIPULATION OF DISMISSAL
5:10-cv-05718-EJD
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 31, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANT TERRY TRANG NGUYEN, Individually and d/b/a CAFÉ DE THAO A/K/A DA THAO CAFE**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Ms. Terry Trang Nguyen                      (Defendant, Pro Se)
888 Story Road
San Jose, CA 95122

Ms. Dian Rhao Nguyen                        (Defendant)
888 Story Road
San Jose, CA 95122

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 31, 2013, at South Pasadena, California.

Dated: October 31, 2013

VANESSA VENTURA

STIPULATION OF DISMISSAL
5:10-cv-05718-EJD
PAGE 3